*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, ATTANASIO, and HOUTZ
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Justin D. McQUILLIN**
Chief Personnel Specialist (E-7), U.S. Navy
*Appellant*

**No. 202000224**

Decided: 28 April 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Warren A. Record (arraignment)
Derek D. Butler (trial)

Sentence adjudged 3 July 2020 by a general court-martial convened at Naval Air Station Jacksonville, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for two years[1] and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Douglas R. Ottenwess, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

[1] Pursuant to the pretrial agreement, the convening authority suspended confinement in excess of 18 months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court